James C. Dale, ISB No. 2902
*james.dale@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KATRINA M. SHRADER,<br><br>Plaintiff,<br><br>v.<br><br>ST. LUKE'S HEALTH SYSTEMS; KRISTIE HANSON; JUDY GLASS; DESIREE SCHAFER; MAUREEN ASKEW; PAMELA LANE; LINDSEY TAFFIN; NICOLE DEAHL; CHRIS NEWTON; HANNAH NOGLE; and JOHN AND JANE DOES I THROUGH XX, whose true names are unknown,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL** |

Defendants St. Luke's Health System, Ltd. (incorrectly identified as St. Luke's Health Systems), Kristie Hanson, Judy Glass, Desiree Schafer, Maureen Askew, Pamela Lane, Lindsey Taffin, Nicole Deahl, Chris Newton, and Hannah Nogle ("Defendants"), by and through their attorneys of record, Stoel Rives LLP, file this Notice of Removal pursuant to 28 U.S.C. §§ 1441, and 1446 removing this case from the Fourth Judicial District Court, Ada County, State of Idaho,

**NOTICE OF REMOVAL - 1**
94530606.1 0205037-00001

to the United States District Court for the District of Idaho. In support of this Notice of Removal, Defendants state as follows:

1. On July 21, 2017, Plaintiff filed her Complaint and Demand for Jury Trial styled *Katrina M. Shrader, Plaintiff v. St. Luke's Health Systems; Kristie Hanson; Judy Glass; Desiree Schafer; Maureen Askew; Pamela Lane; Lindsey Taffin; Nicole Deahl; Chris Newton; Hannah Nogle; and John and Jane Does I through XX, whose true names are unknown, Defendants* ("Complaint"), Case No. CV01-17-13427, in the Fourth Judicial District of the State of Idaho in and for the County of Ada. The Complaint is referred to as the "State Court Action."

2. Copies of the Summonses and Complaint and Demand for Jury Trial were served upon Defendants on October 4, 2017. Pursuant to 28 U.S.C. § 1446(a), Defendants have attached as **Exhibit A** true and correct copies of "all process, pleadings, and orders served" upon Defendants in the State Court Action pursuant to Dist. Idaho Loc. Civ. R 81.1.

3. The Complaint is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(c) because it alleges claims pursuant to the Americans with Disabilities Amendments Act 42 U.S.C §§12101 *et seq.* and Title VII of the Civil Rights Acts of 1964, 42 U.S.C. § 2000e, *et seq.*

4. The Complaint also contains state law claims which are properly before this Court because this Court has supplemental jurisdiction pursuant to 28 USC § 1367(a).

5. Under 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within thirty (30) days of the receipt by Defendants of service of the Summonses and Complaint, in the State Court Action. This Notice of Removal is also timely filed within one (1) year of the commencement of this action.

6.  The United States District Court for the District of Idaho is the appropriate court for filing a Notice of Removal from the Fourth Judicial District of the State of Idaho, where the action is pending.

7.  Concurrent with the filing of this Notice, Defendants are serving this Notice on Plaintiff's counsel and filing a copy of the Notice with the Clerk of the Fourth Judicial District Court for Ada County, Idaho.

8.  Pursuant to 28 U.S.C. § 1447(b) and Dist. Idaho Loc. Civ. R 81.1, Defendants have attached a true and correct copy of the court's docket in the State Court Action as **Exhibit B**.

9.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(a) and 1441(a), because the United States District Court for the District of Idaho is the federal court embracing the Fourth Judicial District Court for Ada County, Idaho where this action was originally filed.

10. By filing a Notice of Removal in this matter, Defendants do not waive their right to object to service of process, the sufficiency of process, jurisdiction over the person, or venue, and Defendants specifically reserve the right to assert any defenses and/or objections to which they may be entitled.

11. Defendants have complied with all of the procedural requirements of 28 U.S.C. §§ 1441 and 1446 to properly remove this action.

WHEREFORE, because this case is based upon a federal question, Defendants respectfully request this Court to assume full jurisdiction over this action as provided by law.

DATED: October 30, 2017.

STOEL RIVES LLP

/s/ James C. Dale
James C. Dale

Attorneys for Defendants

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2017, I served a copy of the foregoing **NOTICE OF REMOVAL** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

| | |
|---|---|
| Wm. Breck Seiniger, Jr.<br>Seiniger Law<br>942 Myrtle St.<br>Boise, ID 83702<br><br>Attorneys for Plaintiff | ☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☐ Via Facsimile<br>☒ Via Email:<br>   wbs@seinigerlaw.com |

/s/ James C. Dale

NOTICE OF REMOVAL - 4
94530606.1 0205037-00001