UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KATRINA M. SHRADER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ST. LUKE'S HEALTH SYSTEMS; KRISTIE HANSON; JUDY GLASS; DESIREE SCHAFER; MAUREEN ASKEW; PAMELA LANE; LINDSEY TAFFIN; NICOLE DEAHL; CHRIS NEWTON; HANNAH NOGLE; and JOHN AND JANE DOES I THROUGH XX, whose true names are unknown,<br><br>　　　　Defendants. | Case No.  1:17-cv-00447-DCN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　Pending before the Court is the parties' Stipulation to Dismiss with Prejudice (Dkt. 5) entered into by Plaintiff and Defendants.  The Court has reviewed the Stipulation and record in this matter and finds good cause to grant the Stipulation.  Therefore,

　　　IT IS HEREBY ORDERED that the Stipulation to Dismiss with Prejudice is **GRANTED** with each party bearing their own attorney's fees and costs.

　　　　　　　　　　　　　　DATED: June 5, 2018

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　David C. Nye
　　　　　　　　　　　　　　U.S. District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1